| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:11-CV-84 |
| § | |
| 2006 BMW 325I VIN § | |
| WBAVB135X6KX63134 with all § | |
| accessories and modifications thereto § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to a Referral Order entered on February 17, 2011. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion for default judgment and enter final judgment in this matter.

The magistrate judge's report is hereby **ADOPTED**, and plaintiff's "Motion for Default Judgment" (Docket No. 8) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 17th day of June, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE